UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KAREN MANCO on behalf of herself
and all others similarly situated,

                        Plaintiffs,                JUDGMENT
                                                          17-CV-6851 (ERK)

      - against –

THE RECEIVABLE MANAGEMENT SERVICES
CORPORATION,

                        Defendant.
------------------------------------------------------------ X

        An Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 7, 2018, granting the motion to dismiss; it is

        ORDERED and ADJUDGED that the motion to dismiss is granted on consent.

Dated: Brooklyn, NY                                          Douglas C. Palmer
June 14, 2018                                              Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                    Deputy Clerk